FILED

 SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

22 OCT 26 PM 4:21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-185-CEM-DAB
         18 U.S.C. § 2252A(a)(2)

GEORGE B. SCHNEIDER

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

ASD
2020 10/26/22

Between on or about December 20, 2020, and on or about December 22, ~~2022,~~ 2020, in the Middle District of Florida, and elsewhere, the defendant,

GEORGE B. SCHNEIDER,

did knowingly distribute material that contained child pornography, using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

**FORFEITURE**

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

      a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: Samsung Galaxy S10, S/N: RF8N41B93J2, SM-G973U, seized from the defendant on September 9, 2021; 32GB SD card located in cell phone model SM-G973U, IMEI 352734111400683, seized from the defendant on September 9, 2021.

4.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Amanda Daniels*
Amanda S. Daniels
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

GEORGE SCHNEIDER

## INDICTMENT

Violation:

18 U.S.C. § 2252A(a)(2)

A true bill

_____
Foreperson

Filed in open court this 26th day of October, 2022.

_____
Clerk

Bail  $_____

GPO 863 525